UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| WILLIAM C. FORREST | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:13-0538 |
| | ] | Judge Campbell |
| SHERIFF JEFF LONG, et al. | ] | |
| Defendants. | ] | |


**M E M O R A N D U M**

The plaintiff, proceeding *pro se*, is an inmate at the Morgan County Correctional Complex in Wartburg, Tennessee. He brings this action pursuant to 42 U.S.C. § 1983 against Jeff Long, Sheriff of Williamson County; and two members of the staff at the Williamson County Jail; seeking damages.

Prior to being transferred to his present place of confinement, the plaintiff was an inmate at the Williamson County Jail in Franklin, Tennessee. While there, he and another inmate overheard a member of the Jail's staff using racial slurs on at least two occasions. The plaintiff, who apparently is African American, was offended by the remarks and believes that they constitute a violation of his civil rights.

To establish a claim for § 1983 relief, the plaintiff must plead and prove that the defendants, while acting under color of

1

state law, deprived him of a right guaranteed by the Constitution or laws of the United States. Parratt v. Taylor, 451 U.S. 527, 535 (1981).

It is well settled that mere words, no matter how offensive, threatening, or insulting, do not rise to the level of a constitutional violation. McFadden v. Lucas, 713 F.2d 143, 147 (5th Cir.1983). Consequently, the Supreme Court has held that defamation is not a constitutional tort and does not state a cognizable claim under 42 U.S.C. § 1983. Paul v. Davis, 424 U.S. 693 (1976). Thus, the alleged racial slurs overheard by the plaintiff did not offend his civil rights.

Because the allegations in the complaint do not rise to the level of a constitutional deprivation, the plaintiff is unable to prove every element of a § 1983 cause of action. The plaintiff, therefore, has failed to state a claim upon which relief can be granted. Under such circumstances, the Court is obliged to dismiss the instant action *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Todd Campbell
United States District Judge